IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOUGLAS A. ECKLEY | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Civil Action No. _____ |
| | : | |
| KAISER PERMANENTE | : | |
| INSURANCE COMPANY | : | |
| | : | |
| Defendant | : | |

## CERTIFICATE UNDER LCvR7.1

    I, the undersigned counsel of record for Kaiser Permanente Insurance Company, hereby certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Kaiser Permanente Insurance Company, which have any outstanding securities in the hands of the public.

    These representations are made in order that judges of this Court may determine the need for recusal.

    Respectfully submitted,

    ARMSTRONG, DONOHUE, CEPPOS
      & VAUGHAN, CHTD.


_____
H. Patrick Donohue (Bar No. 279687)


_____
Penny C. Kahn (Bar No. 411769)
204 Monroe Street, Suite 101
Rockville, MD  20850
301/251-0440
Attorneys for Defendant Kaiser Permanente Insurance Company

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was forwarded to the Plaintiff, pro se, on this _____ day of January, 2007.

Douglas A. Eckley, pro se
c/o Hungarian Reformed
  Federation of America
2001 Massachusetts Avenue, N.W.
Washington, D.C.  20036

                                                                     H. Patrick Donohue