IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOUGLAS A. ECKLEY | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. 1:07-cv-00169-RWR |
| KAISER PERMANENTE INSURANCE COMPANY | : | |
| Defendant | : | |

**SUBSTITUTION OF COUNSEL**

To the Clerk of this Court and all parties:

Please enter the appearance of Larry A. Ceppos, Esquire, and withdraw the appearance of H. Patrick Donohue, Esquire, on behalf of Defendant, Kaiser Permanente Insurance Company. Penny C. Kahn, Esquire, will remain as counsel for Defendant Kaiser Permanente Insurance Company.

Respectfully submitted,

ARMSTRONG, DONOHUE, CEPPOS
  & VAUGHAN, CHTD.

_____/s/_____
Larry A. Ceppos (Bar No. 361439)

_____/s/_____
H. Patrick Donohue (Bar No. 279687)

_____/s/_____
Penny C. Kahn (Bar No. 411769)
204 Monroe Street, Suite 101
Rockville, MD  20850
301/251-0440
Attorneys for Defendant Kaiser Permanente Insurance Company

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was forwarded to the Plaintiff, pro se, on this _____ day of February, 2007.

Douglas A. Eckley, pro se  
c/o Hungarian Reformed  
  Federation of America  
2001 Massachusetts Avenue, N.W.  
Washington, D.C.   20036

_____/s/_____  
Larry A. Ceppos