IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DOUGLAS A. ECKLEY** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 1:07-cv-00169-RWR |
| | : | |
| **KAISER PERMANENTE** | : | |
| **INSURANCE CO.** | : | |
| | : | |
| **Defendant.** | : | |

## REQUEST FOR HEARING

    Defendant, Kaiser Permanente Insurance Company, respectfully requests a Hearing on the issues presented in this Motion to Dismiss.

Respectfully submitted,

**ARMSTRONG, DONOHUE, CEPPOS
& VAUGHAN, CHARTERED**

/s/
———————————————
Larry A. Ceppos (Bar No. 361439)
204 Monroe Street, Suite 101
Rockville, Maryland  20850
(301) 251-0440
Counsel for Defendant Kaiser
Permanente Insurance Company

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Motion to Dismiss, Request for Hearing, Proposed Order, and Memorandum of Points and Authorities was mailed, postage prepaid, this ____ day of March, 2007 to:

Douglas A. Eckley  
c/o Hungarian Reformed  
Federation of America  
2001 Massachusetts Avenue, N.W.  
Washington, D.C. 20036

                                                         _____  
                                                         Larry A. Ceppos