**RECEIVED**

MAY - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Plaintiff, Douglas A Eckley ) | Civil Action No. 1:07-cv-00169-RWR |
| ) | |
| v. ) | Plaintiff's Complaint |
| ) | |
| Defendant, Kaiser Permanente ) | |
| Insurance Company | |

I, Douglas A. Eckley, Plaintiff, have submitted a complaint against the Defendant. On 4 May, 2007 I served the Secretary of Labor and Secretary of the Treasury a copy of the complaint by certified mail.

_Douglas A Eckley_ (signature)

Douglas A. Eckley

- 1 -