Leave to file GRANTED. Docket as Plaintiff's Opposition to Defendant's Motion to Dismiss. [signature] U.S.D.J. 5-8-07

RECEIVED

MAY - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Plaintiff, Douglas A Eckley<br>v.<br>Defendant, Kaiser Permanente Insurance Company | Civil Action No. 1:07-cv-00169-RWR<br><br>Plaintiff's Resistance to Summary Judgment |

**COMES NOW** the Plaintiff, Douglas A. Eckley, and submits his resistance to the motion for summary judgment filed by the Defendant, Kaiser Permanente Insurance Company..

## I. BACKGROUND AND FACTS IN DISPUTE

This is an action to recover medical benefits under a group health benefits plan brought by Plaintiff, Douglas A. Eckley, against Defendant, Kaiser Permanente Insurance Company. Plaintiff's complaint was originally filed with the Superior Court of the District of Columbia, but the proceeding was removed to United States District Court for the District of Columbia at Defendant's request. Ironically, Defendant's motion for summary judgment rests on grounds that the state filing should have been a federal filing under ERISA. Now the matter resides in federal court, and it is evident that Defendant is trying to avoid a determination on facts in dispute.

Regardless of the irony, facts remain in dispute. Some of such facts in dispute are as follows:

(1) The partial payments made by Kaiser Permanente Insurance Company were determined by, in order of application: (A) reducing the bill to "usual and customary" charge levels (B) applying a "Multiple Surgery Guideline"; (C) applying 30% coinsurance, subject to a deductible of $200 and an out-of-pocket maximum of $2,000, under the group health policy. The effect of applying (A) was to reduce the amount for the medical procedures from the $124,225.00 billed down to $86,630.00. The effect of applying (B) was to reduce the amount for the medical procedures from $86,630.00 down to $29,657.51. The effect of applying (C) was to reduce the amount for the medical procedures from $29,657.51 down to $27,457.51.

(2) Nothing in the group health insurance policy indicates that a "Multiple Surgery Guideline" will be applied in determining payment.

(3) Nothing in the "Health Insurance Coverage Certificate" indicates that a "Multiple Surgery Guideline" will be applied in determining payment.

(4) Nothing in the "Group Agreement Face Sheet" indicates that a "Multiple Surgery Guideline" will be applied in determining payment.

(5) Nothing in the "2005 Benefits & Services Summary" indicates that a "Multiple Surgery Guideline" will be applied in determining payment.

## II. AMOUNT OWED

Defendant reaffirms the following determination of amount owed:

| claim # | proc code | billed | R&C | factor | deductible | coins % | coins $ | OOP max | Kaiser sh | Kaiser pd | Amt owed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8801 | 64886 | 8,000.00 | 8,000.00 | 1 | | 0.3 | 2,400.00 | | 8,000.00 | | |
| 8801 | 64886 | 8,000.00 | 8,000.00 | 0.5 | | 0.3 | 2,400.00 | | 8,000.00 | | |
| 8801 | 64874 | 8,000.00 | 1,603.00 | 0.25 | | 0.3 | 480.90 | | 1,603.00 | | |
| 8801 | 69990 | 8,000.00 | 2,940.00 | 0.25 | | 0.3 | 882.00 | | 2,940.00 | | |
| 8801 | 67901 | 4,500.00 | 4,400.00 | 0.25 | | 0.3 | 1,320.00 | | 4,400.00 | | |
| 8801 | 15732 | 9,750.00 | 5,500.00 | 0.25 | | 0.3 | 1,650.00 | | 5,500.00 | | |
| 8802 | 15845 | 9,750.00 | 7,143.00 | 0.25 | 200.00 | 0.3 | 2,082.90 | 1,800.00 | 5,343.00 | | |
| 8802 | 13121 | 1,625.00 | 1,340.00 | 0.25 | | 0.3 | 402.00 | | 1,340.00 | | |
| 8802 | 13121 | 1,625.00 | 1,340.00 | 0.25 | | 0.3 | 402.00 | | 1,340.00 | | |
| 8802 | 13122 | 1,950.00 | 850.00 | 0.25 | | 0.3 | 255.00 | | 850.00 | | |
| 8802 | 13121 | 1,625.00 | 0.00 | 0.25 | | 0.3 | 0.00 | | 0.00 | | |
| 8802 | 67950 | 4,200.00 | 4,200.00 | 0.25 | | 0.3 | 1,260.00 | | 4,200.00 | | |
| 8803 | 15829 | 16,000.00 | 5,800.00 | 0.25 | | 0.3 | 1,740.00 | | 5,800.00 | | |
| 8803 | 15829 | 8,000.00 | 5,800.00 | 0.25 | | 0.3 | 1,740.00 | | 5,800.00 | | |
| 8803 | 15840 | 8,600.00 | 6,857.00 | 0.25 | | 0.3 | 2,057.10 | | 6,857.00 | | |
| 8803 | 15840 | 8,600.00 | 6,857.00 | 0.25 | | 0.3 | 2,057.10 | | 6,857.00 | | |
| 8803 | 64886 | 8,000.00 | 8,000.00 | 0.25 | | 0.3 | 2,400.00 | | 8,000.00 | | |
| 8803 | 64886 | 8,000.00 | 8,000.00 | 0.25 | | 0.3 | 2,400.00 | | 8,000.00 | | |
| Total | | 124,225.00 | 86,630.00 | | 200.00 | | 25,929.00 | 1,800.00 | 84,830.00 | 27,457.51 | **57,172.50** |

## III. CONCLUSION

The facts of this case are in dispute. The Plaintiff requests the assistance of the court in bringing the facts to light, as is his right under ERISA. The Plaintiff requests that the motion for summary judgment be denied.

By: [signature]

Douglas Eckley

May 1, 2007

7072 Skyles Way, apt T3
Springfield, VA 22151

AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Plaintiff, Douglas A Eckley<br>v.<br>Defendant, Kaiser Permanente<br>Insurance Company | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:07-cv-00169-RWR<br><br>Plaintiff's Resistance to Summary Judgment |

I, Douglas A. Eckley, Plaintiff, have submitted a resistance to the motion for summary judgment filed by the Defendant. On 4 May, 2007 I served Larry A. Ceppos, attorney for Defendant, with my resistance. I did this by mailing a true copy of the attached papers in a properly sealed and postpaid envelope. I mailed the copy by depositing it in an official depository of the United States Postal Service. I used the address:

Larry A Ceppos
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe St, Suite 101
Rockville, MD 20850

Douglas A. Eckley

RECEIVED

MAY - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REQUEST FOR LEAVE TO RE-PLEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

| | | |
|---|---|---|
| Plaintiff, Douglas A Eckley | ) | Civil Action No. 1:07-cv-00169-RWR |
| v. | ) | Plaintiff's Resistance to Summary Judgment |
| Defendant, Kaiser Permanente Insurance Company | ) | |

---

I, Douglas A. Eckley, Plaintiff, request leave to re-plead under ERISA. Defendant has moved for summary judgment on grounds that Plaintiff's complaint filed in state court provides no cause of action on which relief can be granted because of ERISA pre-emption. Plaintiff files a resistance to that motion. Plaintiff also requests to re-plead under ERISA.

On the assumption that the request to re-plead will be granted, and therefore the court will wish to hear the revised complaint, Plaintiff includes the revised complaint herein.

[signature]

Douglas A. Eckley