IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS A. ECKLEY,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:07-cv-00169-RWR |
| : | |
| **KAISER PERMANENTE** : | |
| **INSURANCE CO.,** : | |
| : | |
| Defendant. : | |

## REPLY TO PLAINTIFF'S RESISTANCE TO
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant, Kaiser Permanente Insurance Company ("KPIC"), by and through its attorneys, Larry A. Ceppos, Esquire, and the law firm of Armstrong, Donohue, Ceppos & Vaughan, Chartered, and in Reply to "Plaintiff's Resistance to Summary Judgment" [1] filed in the above-captioned case, states, as follows:

1. This is an action filed by plaintiff, Douglas Eckley, to recover medical benefits under a group health benefits plan.

2. On March 12, 2007, KPIC filed a Motion to Dismiss on the grounds that plaintiff's Complaint failed to state a claim upon which relief can be granted. Specifically, plaintiff's claims are preempted by the civil enforcement provisions of ERISA.

---

[1] Upon information and belief this paper was filed by plaintiff in opposition to the Motion to Dismiss filed by KPIC on March 12, 2007.

3.     Almost two months thereafter, on May 4, 2007, plaintiff filed a "Resistance to Defendant's Motion for Summary Judgment." Plaintiff argues that there are material facts in dispute, which preclude summary judgment.

4.     Simply stated, despite being afforded extra time, plaintiff's opposition is not responsive to KPIC's Motion to Dismiss.

5.     Although plaintiff claims that material facts are in dispute, the simple fact remains that plaintiff has failed to state a claim upon which relief can be granted.

6.     In this regard, contrary to plaintiff's assertions, he has not plead a cause of action for simple breach of contract – he has set forth a straight ERISA claim. Accordingly, dismissal is warranted in this action.

It is for all of these reasons that defendant, Kaiser Permanente Insurance Company, respectfully requests that this Court enter an Order granting its Motion to Dismiss, and dismissing plaintiff's claims against it in their entirety.

Respectfully submitted,

**ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED**

_____/s/_____
Larry A. Ceppos (Bar No. 361439)
204 Monroe Street, Suite 101
Rockville, Maryland 20850
(301) 251-0440
Attorney for Defendant Kaiser Permanente Insurance Company ("KPIC")

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Reply to Plaintiff's Resistance to Defendant's Motion for Summary Judgment was electronically filed and mailed, postage prepaid, this 18th day of May, 2007 to:

Douglas A. Eckley, *pro se*
c/o Hungarian Reformed
Federation of America
2001 Massachusetts Avenue, N.W.
Washington, D.C. 20036

                                                                                      */s/*
                                                                                Larry A. Ceppos