Revised Complaint
Revised with respect to clause 15, the cause of action

**RECEIVED**

MAY − 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Douglas A Eckley, Plaintiff

-against-

Kaiser Permanente Insurance Company, Defendant
11830 Webb Chapel Road
Dallas, TX  75234

The plaintiff, Douglas A Eckley, alleges as follows:

1      At all times mentioned herein, the defendant, Kaiser Permanente Insurance
Company, was and still is a health insurance company licensed to sell health insurance in
the District of Columbia.

2      At all times mentioned herein, the plaintiff Douglas A Eckley was and still is an
employee of the Hungarian Reformed Federation of America, located at 2001
Massachusetts Avenue, NW, Washington, DC, 20036.

3      At all times mentioned herein, the plaintiff Douglas A Eckley was covered under
a group health insurance policy written by Kaiser Permanente Insurance Company and
covering the employees of the Hungarian Reformed Federation of America. A copy of a
Health Insurance Coverage Certificate is annexed hereto as Exhibit A.

4      On December 2, 2005 the plaintiff received authorization from Kaiser Permanente
Insurance Company (through their agent, SHPS) that surgical procedures scheduled for
December 16, 2005, to be performed by Elliott Rose, M.D., would be covered under the
group health insurance policy under the "out-of-network" provisions of the policy. A
copy of the SHPS authorization is annexed hereto as Exhibit B.

5      On December 16, 2005 Elliott Rose, M.D. performed certain medical procedures
on the defendant at Mt Sinai Hospital in New York, NY.

6      The bill for the medical services provided by Elliott Rose, M.D. to the plaintiff
was $124,225.00.

7      Kaiser Permanente Insurance Company made partial payments on the medical
services bill, directly to Elliott Rose, M.D., totaling $27,457.51.

8      The partial payments made by Kaiser Permanente Insurance Company were
determined by, in order of application: (A) reducing the bill to "usual and customary"
charge levels (B) applying a "Multiple Surgery Guideline"; (C) applying 30%
coinsurance, subject to a deductible of $200 and an out-of-pocket maximum of $2,000,
under the group health policy. The effect of applying (A) was to reduce the amount for

the medical procedures from the $124,225.00 billed down to $86,630.00. The effect of applying (B) was to reduce the amount for the medical procedures from $86,630.00 down to $29,657.51. The effect of applying (C) was to reduce the amount for the medical procedures from $29,657.51 down to $27,457.51. Copies of the explanation of benefits provided by Kaiser Permanente Insurance Company are annexed hereto as Exhibit C. A copy of a letter from Kaiser Permanente Insurance Company admitting to the application of a "Multiple Surgery Guideline" is annexed hereto as Exhibit D. A copy of an email from Kaiser Permanente Insurance Company admitting to the application of a "Multiple Surgery Guideline" is annexed hereto as Exhibit E.

9      Nothing in the group health insurance policy indicates that a "Multiple Surgery Guideline" will be applied in determining payment. A copy of the cover page of the group health insurance policy is annexed hereto as Exhibit F.

10     Nothing in the "Health Insurance Coverage Certificate" indicates that a "Multiple Surgery Guideline" will be applied in determining payment. A copy of a Health Insurance Coverage Certificate, as previously mentioned, is annexed hereto as Exhibit A.

11     Nothing in the "Group Agreement Face Sheet" indicates that a "Multiple Surgery Guideline" will be applied in determining payment. A copy of the "Group Agreement Face sheet" is annexed hereto as Exhibit G.

12     Nothing in the "2005 Benefits & Services Summary" indicates that a "Multiple Surgery Guideline" will be applied in determining payment. A copy of the "2005 Benefits & Services Summary" is annexed hereto as Exhibit H.

13     The broker, as noted by him in a letter to Kaiser Permanente Insurance Company, indicates that he cannot explain why benefits are paid at 50 and 25 percent of UCR. A copy of that letter is annexed hereto as Exhibit I.

14     Elliott Rose, M.D. has retained Hacker & Murhpy, LLP to enforce payment of $66,767.00 plus interest by the plaintiff, Douglas A Eckley. That amount is in addition to $30,000.00 already paid by the plaintiff to Elliott Rose, M.D. A copy of the letter advising the plaintiff of the retainer is annexed hereto as Exhibit J.

As and For a Cause of Action

15     Plaintiff notes that the civil enforcement provisions of ERISA apply to this complaint. ERISA was designed to provide "appropriate remedies, sanctions, and ready access to federal courts." 29 U.S.C. section 1001(b). Under ERISA, Plaintiff is entitled to a judgment against the defendant in the amount of $57,172.50. This amount represents a recalculation of the payments owed by Kaiser Permanente Insurance Company under the provisions of the group health insurance. The recalculated amount is determined by, in order of application: (A) reducing the bill to "usual and customary" charge levels; (B) applying 30% coinsurance, subject to a deductible of $200 and an out-of-pocket maximum of $2,000; (C) reducing the result by the $27,457.51 already paid by Kaiser

Permanente Insurance Company. The effect of applying (A) was to reduce the amount for the medical procedures from the $124,225.00 billed down to $86,630.00. The effect of applying (B) was to reduce the amount for the medical procedures from $86,630.00 down to $84,630.00. The effect of applying (C) was to reduce the amount for the medical procedures from $84,630.00 down to $57,172.50. A worksheet showing this determination in full detail is annexed hereto as Exhibit K.

WHEREFORE, plaintiff demands judgment against the defendant in the sum of FIFTY-SEVEN THOUSAND ONE HUNDRED SEVENTY-TWO and 50/100 ($57,172.50) Dollars, plus interest from and after December 16, 2005 at the legal rate.

Dated: May 1, 2007

By:

Douglas A Eckley
c/o Hungarian Reformed Federation of America
2001 Massachusetts Ave, NW
Washington, DC   20036
(202) 328-2630

# Exhibit A

 **KAISER PERMANENTE** ®

Mid-Atlantic Permanente Medical Group, P.C.
Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.

---

## Health Insurance Coverage Certificate

---

This certificate is issued under the Health Insurance Portability and Accountability Act of 1996.

**IMPORTANT** : This certificate provides evidence of your prior health coverage. You may need to furnish this certificate if you become eligible under a group health plan that excludes coverage for a medical condition you have before you enroll. This certificate may need to be provided if medical advice, diagnosis, care or treatment was recommended or received for the condition within the 6-month period prior to your enrollment in the new plan. If you become covered under another group health plan, check with the plan administrator to see if you need to provide this certificate. You may also need this certificate to establish your right to buy coverage for yourself or your family, with no exclusion for previous medical conditions, if you are not covered under a group health plan. The portability rights documented by this certificate may expire if you do not act promptly.

1. Date of this certificate: **08/04/2006**

2. Name of health plan: **Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.**

3. Name of subscriber: **ECKLEY, DOUGLAS A**

4. Medical record number of subscriber: **931294069**

5. Name and medical record number of any dependents to whom this certificate applies:
   **ECKLEY, FRAN C**                           **291289969**

Please note that separate certificates will be supplied if coverage information (i.e., dates of coverage) is not identical for the subscriber and each dependent.

6. Name, address, phone number of plan administrator or issuer responsible for certificate:
   **Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc**
   **2101 East Jefferson Street**
   **Rockville, Maryland 20849**
   **Washington DC Area: 301-468-6000/ Baltimore Area: 1-800-777-7902**

7. If the individual(s) identified in items 3 and 5 has at least 18 months of creditable coverage with Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. (disregarding periods of coverage before a 63-day break), check here ☒

8. Date waiting period or affiliation period began (if appropriate):

9. Date coverage began: **01/01/2005**

10. Date coverage ended: **07/31/2006**                    (or check here ❑ if coverage is continuing
                                                             as of the date of this certificate)

# Exhibit B



December 02, 2005

DOUGLAS ECKLEY                          Patient: Douglas Eckley
9205 BEXLEYWOOD CT                      Case:  151/649
FAIRFAX STATION, VA  22039             Insured:
                                        Douglas Eckley


Diagnosis:        BELLS PALSY
                  OTH MAL NEO SKN OTH&UNS PART F
Procedure:        REMOVE SKIN WRINKLES
                  GRAFT FOR FACE NERVE PALSY

Facility:                               Physician:
MOUNT SINAI MEDICAL CENTER              ELLIOTT ROSE M.D.
ONE GUSTAVE L. LEVY PLACE               895 PARK AVENUE
NEW YORK, NY  10029                     NEW YORK, NY  10021
        ᒣ ιᒣ  ᒣ ᒣ ᒣ ᒣ ᒣ

Admission Date: 12/16/2005              Additional Days Requested:
Discharge Date: 12/18/2005              Cumulative Total of Bed Days Authorized: 2

Admit Date Authorized: Yes              Total Days Requested: 2
Emergency Admit: No                     Total Days Authorized: 2

Type of Service: ELECTIVE ADMISSION


Dear Douglas:

SHPS, based in Louisville, Ky., is recognized as the industry leader in Integrated Health
Management. We have medical professionals who provide an objective review of proposed
treatments prior to hospitalization, surgery, certain outpatient procedures and diagnostic tests.

A SHPS registered nurse has reviewed and authorized your requested medical services.
Please keep this letter as it serves as your documentation for the services and authorizations
given regarding your case.

A copy of your authorization, which is based on information SHPS obtained from your
healthcare providers, will be sent to your physician, facility and provider. In addition, SHPS will
contact your physician, facility or provider to regularly monitor your condition.

This authorization serves as a direction to the claims payor, but does not determine the level of benefits paid on a claim or your eligibility for benefits. SHPS is not the claims payor and cannot guarantee payment to any claim. Benefits are subject to eligibility requirements and other plan provisions, which are administered by the claims payor. Please contact your health carrier to determine if your provider is approved to provide these services, or if you have other questions on issues that could affect claim payment.

For more information, please call (800) 448-9776.

Wishing you good health!

Angela Nichols, R.N. - Ext. 66153

# Exhibit C

PAGE 1 OF 2



**KAISER PERMANENTE**
Insurance Company

EXPLANATION OF BENEFITS
THIS IS NOT A BILL. PLEASE RETAIN FOR
TAX PURPOSES.

P.O. Box 261130
Plano TX 75026

**Questions? Call KPIC Customer Service at
1-800-392-8649. Weekdays 6:00 AM - 8:00 PM CST**

|ılılılıllıllllıllılıllıllıllılılılılllıllılılıllıl| **2**

DOUGLAS A ECKLEY
9205 BEXLEYWOOD CT
FAIRFAX STATION, VA 22039-3154

00000895      7      895

| | |
|---|---|
| Primary Insured: | DOUGLAS A ECKLEY |
| Primary Insured ID: | D00931294069 |
| Patient: | DOUGLAS A ECKLEY |
| Patient ID: | D00931294069 |
| Provider: | ELLIOTT ROSE |
| Claim Num: | 060580028802A |
| Date: | 05/19/2006 |

| Service Dates From | To | Service Description | Billed Amount | Negotiated Savings | Excluded Amount | Applied to Deductible | Copay/ Coinsurance | Interest Amount | Plan Pays | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2005 | 12/16/2005 | Surgery Services | -9750.00 | 0.00 | -7964.25 | 0.00 | 0.00 | 0.00 | -1785.75 | ADE03 MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 1625.00 | 0.00 | 1290.00 | 0.00 | 100.50 | 2.58 | 237.08 | 30%VA MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 1950.00 | 0.00 | 1737.50 | 0.00 | 63.75 | 1.64 | 150.39 | 30%VA MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 4200.00 | 0.00 | 3150.00 | 0.00 | 315.00 | 8.09 | 743.09 | 30%VA MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | -1625.00 | 0.00 | -1290.00 | 0.00 | 0.00 | 0.00 | -335.00 | ADE03 MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | -1625.00 | 0.00 | -1290.00 | 0.00 | 0.00 | 0.00 | -335.00 | ADE03 MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | -1950.00 | 0.00 | -1737.50 | 0.00 | 0.00 | 0.00 | -212.50 | ADE03 MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | -4200.00 | 0.00 | -3150.00 | 0.00 | 0.00 | 0.00 | -1050.00 | ADE03 MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 9750.00 | 0.00 | 7964.25 | 200.00 | 475.73 | 12.21 | 1122.23 | 30%VA DDNV1 MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 1625.00 | 0.00 | 1290.00 | 0.00 | 100.50 | 2.58 | 237.08 | 30%VA MDRMN |
| **Claim Total** | | | **0.00** | **0.00** | **0.00** | **200.00** | **1055.48** | **27.10** | **-1228.38** | |

Paid to provider                                  -1228.38
Minimum patient responsibility            1255.48

**Remarks - If a numeric identifier appears in the description field below, see page 2 of the Grievance and Appeal Procedure attachment.**

| | |
|---|---|
| 30%VA | 30% Coinsurance |
| ADE03 | Adjustment to member copay/coinsurance/deductible |
| DDNV1 | $400/$800 Indiv/Family Deductible Non Par Provider |
| MDRMN | Maximum Allowable Charge |

The "Billed Amount" reflects the providers charge for services. The "Negotiated Savings" refects the amount you have saved as a result of care being received from a Preferred Provider. YOU ARE NOT RESPONSIBLE FOR THE NEGOTIATED SAVINGS AMOUNT. This field will contain zeros if the provider is not a Preferred Provider.

The "Excluded Amount" represents the portion of the "Billed Amount" that exceeds the allowable charges as outlined in the General Benefits section of your Certificate of Insurance. You may be responsible to your provider for these charges.

**KAISER PERMANENTE**
Insurance  Company

P.O. Box 261130
Plano  TX  75026

EXPLANATION OF BENEFITS
THIS IS NOT A BILL.  PLEASE RETAIN FOR
TAX PURPOSES.

Questions?  Call KPIC Customer Service at
1-800-392-8649.  Weekdays 6:00 AM - 8:00 PM CST

DOUGLAS A ECKLEY
9205 BEXLEYWOOD CT
FAIRFAX STATION, VA 22039-3154

| | |
|---|---|
| Primary Insured: | DOUGLAS A ECKLEY |
| Primary Insured ID: | D00931294069 |
| Patient: | DOUGLAS A ECKLEY |
| Patient ID: | D00931294069 |
| Provider: | ELLIOTT ROSE |
| Claim Num: | 060580028802A |
| Date: | 05/19/2006 |

**For information or questions regarding the status of your Annual Deductible
and Out-of-Pocket maximums, please call KPIC Customer Service.**

**** Please refer to reverse side for rights of appeal, an explanation of terminology and the formula used to calculate the "Plan Pays" amount

**** To report a Suspected Fraudulent Claim, please call 1-877-847-7572 *****



PAGE   1 OF   2

**KAISER PERMANENTE**
Insurance Company

EXPLANATION OF BENEFITS
THIS IS NOT A BILL.  PLEASE RETAIN FOR
TAX PURPOSES.

P.O. Box 261130
Plano TX  75026

**Questions?  Call KPIC Customer Service at
1-800-392-8649.  Weekdays 6:00 AM - 8:00 PM CST**

ldhlhdhlhlhhmdhlhlhhmdllmdhlhldhlllmmhlhlhdhl   2
DOUGLAS A ECKLEY
9205 BEXLEYWOOD CT
FAIRFAX STATION, VA 22039-3154
00000896        7       896

| | |
|---|---|
| Primary Insured: | DOUGLAS A ECKLEY |
| Primary Insured ID: | D00931294069 |
| Patient: | DOUGLAS A ECKLEY |
| Patient ID: | D00931294069 |
| Provider: | ELLIOTT ROSE |
| Claim Num: | 060580028803 |
| Date: | 05/19/2006 |

| Service Dates From | To | Service Description | Billed Amount | Negotiated Savings | Excluded Amount | Applied to Deductible | Copay/ Coinsurance | Interest Amount | Plan Pays | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2005 | 12/16/2005 | Surgery Services | -16000.00 | 0.00 | -14550.00 | 0.00 | 0.00 | -4.35 | -1454.35 | ADE03 MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8600.00 | 0.00 | 6885.75 | 0.00 | 0.00 | 58.28 | 1772.53 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8000.00 | 0.00 | 6000.00 | 0.00 | 0.00 | 68.00 | 2068.00 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8000.00 | 0.00 | 6000.00 | 0.00 | 0.00 | 68.00 | 2068.00 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | -8000.00 | 0.00 | -6550.00 | 0.00 | 0.00 | -4.35 | -1454.35 | ADE03 MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | -8600.00 | 0.00 | -6885.75 | 0.00 | 0.00 | -5.14 | -1719.39 | ADE03 MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | -8600.00 | 0.00 | -6885.75 | 0.00 | 0.00 | -5.14 | -1719.39 | ADE03 MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | -8000.00 | 0.00 | -6000.00 | 0.00 | 0.00 | -6.00 | -2006.00 | ADE03 MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | -8000.00 | 0.00 | -6000.00 | 0.00 | 0.00 | -6.00 | -2006.00 | ADE03 MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 16000.00 | 0.00 | 14550.00 | 0.00 | 435.00 | 34.51 | 1049.51 | 30%VA MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8000.00 | 0.00 | 6550.00 | 0.00 | 435.00 | 34.51 | 1049.51 | 30%VA MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8600.00 | 0.00 | 6885.75 | 0.00 | 74.52 | 55.75 | 1695.48 | 30%VA MDRMN |
| **Claim Total** | | | **0.00** | **0.00** | **0.00** | **0.00** | **944.52** | **288.07** | **-656.45** | |

Paid to provider                                  -656.45
Minimum patient responsibility            944.52

**Remarks - If a numeric identifier appears in the description field below, see page 2 of the Grievance and Appeal Procedure attachment.**

| | |
|---|---|
| 30%VA | 30% Coinsurance |
| ADE03 | Adjustment to member copay/coinsurance/deductible |
| MDRMN | Maximum Allowable Charge |

The "Billed Amount" reflects the providers charge for services. The "Negotiated Savings" reflects the amount you have saved as a result of care being received from a Preferred Provider. YOU ARE NOT RESPONSIBLE FOR THE NEGOTIATED SAVINGS AMOUNT. This field will contain zeros if the provider is not a Preferred Provider.

The "Excluded Amount" represents the portion of the "Billed Amount" that exceeds the allowable charges as outlined in the General Benefits section of your Certificate of Insurance. You may be responsible to your provider for these charges.

PAGE   2 OF   2



**KAISER PERMANENTE**
Insurance Company

**EXPLANATION OF BENEFITS**
**THIS IS NOT A BILL. PLEASE RETAIN FOR**
**TAX PURPOSES.**

P.O. Box 261130
Plano TX 75026

**Questions? Call KPIC Customer Service at**
**1-800-392-8649. Weekdays 6:00 AM - 8:00 PM CST**

DOUGLAS A ECKLEY
9205 BEXLEYWOOD CT
FAIRFAX STATION, VA 22039-3154

| | |
|---|---|
| Primary Insured: | DOUGLAS A ECKLEY |
| Primary Insured ID: | D00931294069 |
| Patient: | DOUGLAS A ECKLEY |
| Patient ID: | D00931294069 |
| Provider: | ELLIOTT ROSE |
| Claim Num: | 060580028803 |
| Date: | 05/19/2006 |

**For information or questions regarding the status of your Annual Deductible**
**and Out-of-Pocket maximums, please call KPIC Customer Service.**

**** Please refer to reverse side for rights of appeal, an explanation of terminology and the formula used to calculate the "Plan Pays" amount

**** To report a Suspected Fraudulent Claim, please call 1-877-847-7572 *****



**KAISER PERMANENTE**
Insurance Company

EXPLANATION OF BENEFITS
THIS IS NOT A BILL.  PLEASE RETAIN FOR
TAX PURPOSES.

P.O. Box 261130
Plano  TX  75026

Questions?  Call KPIC Customer Service at
1-800-392-8649.  Weekdays 6:00 AM - 8:00 PM CST

|||||||||||||||||||||||||||||||||||||||||||||||||||||  **1**
DOUGLAS A ECKLEY
9205 BEXLEYWOOD CT
FAIRFAX STATION, VA 22039-3154

00001040        8        1040

| | |
|---|---|
| Primary Insured: | DOUGLAS A ECKLEY |
| Primary Insured ID: | D00931294069 |
| Patient: | DOUGLAS A ECKLEY |
| Patient ID: | D00931294069 |
| Provider: | ELLIOTT ROSE |
| Claim Num: | 060580028801A |
| Date: | 04/04/2006 |

| Service Dates From | To | Service Description | Billed Amount | Negotiated Savings | Excluded Amount | Applied to Deductible | Copay/ Coinsurance | Interest Amount | Plan Pays | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2005 | 12/16/2005 | Surgery Services | 8000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8000.00 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8000.00 | 0.00 | 4000.00 | 0.00 | 0.00 | 0.00 | 4000.00 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8000.00 | 0.00 | 7599.25 | 0.00 | 0.00 | 0.00 | 400.75 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8000.00 | 0.00 | 7265.00 | 0.00 | 0.00 | 0.00 | 735.00 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | CRRP MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 4500.00 | 0.00 | 3400.00 | 0.00 | 0.00 | 0.00 | 1100.00 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 9750.00 | 0.00 | 8375.00 | 0.00 | 0.00 | 0.00 | 1375.00 | MDRMN |
| **Claim Total** | | | 46250.00 | 0.00 | 30639.25 | 0.00 | 0.00 | 0.00 | 15610.75 | |

| | |
|---|---|
| Paid to provider | 15610.75 |
| Minimum patient responsibility | 30639.25 |

**Remarks - If a numeric identifier appears in the description field below, see page 2 of the Grievance and Appeal Procedure attachment.**
CRRP      Code denied & replaced with correct code - 4
MDRMN    Maximum Allowable Charge

The "Billed Amount" reflects the providers charge for services. The "Negotiated Savings" reflects the amount you have saved as a result of care being received from a Preferred Provider. YOU ARE NOT RESPONSIBLE FOR THE NEGOTIATED SAVINGS AMOUNT. This field will contain zeros if the provider is not a Preferred Provider.

The "Excluded Amount" represents the portion of the "Billed Amount" that exceeds the allowable charges as outlined in the General Benefits section of your Certificate of Insurance. You may be responsible to your provider for these charges.

> **For information or questions regarding the status of your Annual Deductible
> and Out-of-Pocket maximums, please call KPIC Customer Service.**

**** Please refer to reverse side for rights of appeal, an explanation of terminology and the formula used to calculate the "Plan Pays" amount

**** To report a Suspected Fraudulent Claim, please call 1-877-847-7572 *****



**KAISER PERMANENTE**
Insurance Company

P.O. Box 261130
Plano TX 75026

**EXPLANATION OF BENEFITS**
**THIS IS NOT A BILL.  PLEASE RETAIN FOR**
**TAX PURPOSES.**

**Questions?  Call KPIC Customer Service at**
**1-800-392-8649.  Weekdays 6:00 AM - 8:00 PM CST**

||||
|---|---|---|
| | Primary Insured: | DOUGLAS A ECKLEY |
| | Primary Insured ID: | D00931294069 |
| | Patient: | DOUGLAS A ECKLEY |
DOUGLAS A ECKLEY | Patient ID: | D00931294069 |
9205 BEXLEYWOOD CT | Provider: | ELLIOTT ROSE |
FAIRFAX STATION, VA 22039-3154 | Claim Num: | 060580028802A |
| | Date: | 04/04/2006 |

00001042        8        1042

| Service Dates | | Service | Billed | Negotiated | Excluded | Applied to | Copay/ | Interest | Plan | Remark |
|---|---|---|---|---|---|---|---|---|---|---|
| From | To | Description | Amount | Savings | Amount | Deductible | Coinsurance | Amount | Pays | Code |
| 12/16/2005 | 12/16/2005 | | 9750.00 | 0.00 | 7964.25 | 0.00 | 0.00 | 0.00 | 1785.75 | MDRMN |
| | | Surgery Services | | | | | | | | |
| 12/16/2005 | 12/16/2005 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | CRRP |
| | | Surgery Services | | | | | | | | |
| 12/16/2005 | 12/16/2005 | | 1625.00 | 0.00 | 1290.00 | 0.00 | 0.00 | 0.00 | 335.00 | MDRMN |
| | | Surgery Services | | | | | | | | |
| 12/16/2005 | 12/16/2005 | | 1625.00 | 0.00 | 1290.00 | 0.00 | 0.00 | 0.00 | 335.00 | MDRMN |
| | | Surgery Services | | | | | | | | |
| 12/16/2005 | 12/16/2005 | | 1950.00 | 0.00 | 1737.50 | 0.00 | 0.00 | 0.00 | 212.50 | MDRMN |
| | | Surgery Services | | | | | | | | |
| 12/16/2005 | 12/16/2005 | | 1625.00 | 0.00 | 1625.00 | 0.00 | 0.00 | 0.00 | 0.00 | CRX2 MDRMN |
| | | Surgery Services | | | | | | | | |
| 12/16/2005 | 12/16/2005 | | 4200.00 | 0.00 | 3150.00 | 0.00 | 0.00 | 0.00 | 1050.00 | MDRMN |
| | | Surgery Services | | | | | | | | |
| **Claim Total** | | | **20775.00** | **0.00** | **17056.75** | **0.00** | **0.00** | **0.00** | **3718.25** | |

**Paid to provider**                                     3718.25
**Minimum patient responsibility**                17056.75

**Remarks - If a numeric identifier appears in the description field below, see page 2 of the Grievance and Appeal Procedure attachment.**
CRRP       Code denied & replaced with correct code - 4
CRX2       Code cannot be accepted twice on same claim - 4
MDRMN     Maximum Allowable Charge

The "Billed Amount" reflects the providers charge for services. The "Negotiated Savings" reflects the amount you have saved as a result of care being received from a Preferred Provider. YOU ARE NOT RESPONSIBLE FOR THE NEGOTIATED SAVINGS AMOUNT. This field will contain zeros if the provider is not a Preferred Provider.

The "Excluded Amount" represents the portion of the "Billed Amount" that exceeds the allowable charges as outlined in the General Benefits section of your Certificate of Insurance. You may be responsible to your provider for these charges.

---

**For information or questions regarding the status of your Annual Deductible**
**and Out-of-Pocket maximums, please call KPIC Customer Service.**

---

**** Please refer to reverse side for rights of appeal, an explanation of terminology and the formula used to calculate the "Plan Pays" amount

**** To report a Suspected Fraudulent Claim, please call 1-877-847-7572 *****



**KAISER PERMANENTE**
Insurance Company

P.O. Box 261130
Plano TX 75026

EXPLANATION OF BENEFITS
THIS IS NOT A BILL.  PLEASE RETAIN FOR
TAX PURPOSES.

Questions?  Call KPIC Customer Service at
1-800-392-8649.  Weekdays 6:00 AM - 8:00 PM CST

Ժlᴵlᴵᴵllᴵᴵᴵᴵlᴵlᴵᴵᴵᴵllᴵᴵᴵᴵllᴵᴵᴵlᴵᴵᴵlᴵllᴵᴵᴵlᴵᴵᴵlᴵᴵᴵᴵl   **1**
DOUGLAS A ECKLEY
9205 BEXLEYWOOD CT
FAIRFAX STATION, VA 22039-3154

00001043        8        1043

| Primary Insured: | DOUGLAS A ECKLEY |
| Primary Insured ID: | D00931294069 |
| Patient: | DOUGLAS A ECKLEY |
| Patient ID: | D00931294069 |
| Provider: | ELLIOTT ROSE |
| Claim Num: | 060580028803 |
| Date: | 04/04/2006 |

J800x W

| Service Dates | | Service | Billed | Negotiated | Excluded | Applied to | Copay/ | Interest | Plan | Remark |
| From | To | Description | Amount | Savings | Amount | Deductible | Coinsurance | Amount | Pays | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2005 | 12/16/2005 | Surgery Services | 16000.00 | 0.00 | 14550.00 | 0.00 | 0.00 | 4.35 | 1454.35 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8000.00 | 0.00 | 6550.00 | 0.00 | 0.00 | 4.35 | 1454.35 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8600.00 | 0.00 | 6885.75 | 0.00 | 0.00 | 5.14 | 1719.39 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8600.00 | 0.00 | 6885.75 | 0.00 | 0.00 | 5.14 | 1719.39 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8000.00 | 0.00 | 6000.00 | 0.00 | 0.00 | 6.00 | 2006.00 | MDRMN |
| 12/16/2005 | 12/16/2005 | Surgery Services | 8000.00 | 0.00 | 6000.00 | 0.00 | 0.00 | 6.00 | 2006.00 | MDRMN |
| **Claim Total** | | | **57200.00** | **0.00** | **46871.50** | **0.00** | **0.00** | **30.98** | **10359.48** | |

Paid to provider                                    **10359.48**
Minimum patient responsibility          **46871.50**

**Remarks** - If a numeric identifier appears in the description field below, see page 2 of the Grievance and Appeal Procedure attachment.
MDRMN      Maximum Allowable Charge

The "Billed Amount" reflects the providers charge for services. The "Negotiated Savings" reflects the amount you have saved as a result of care being received from a Preferred Provider. YOU ARE NOT RESPONSIBLE FOR THE NEGOTIATED SAVINGS AMOUNT. This field will contain zeros if the provider is not a Preferred Provider.

The "Excluded Amount" represents the portion of the "Billed Amount" that exceeds the allowable charges as outlined in the General Benefits section of your Certificate of Insurance. You may be responsible to your provider for these charges.

> **For information or questions regarding the status of your Annual Deductible
> and Out-of-Pocket maximums, please call KPIC Customer Service.**

**** Please refer to reverse side for rights of appeal, an explanation of terminology and the formula used to calculate the "Plan Pays" amount

**** To report a Suspected Fraudulent Claim, please call 1-877-847-7572 *****

# Exhibit D

*Kojo fax*
*301 816 6192*



**KAISER PERMANENTE**
Insurance Company

May 22, 2006

Mr. Douglas Eckley
9205 Bexleywood Ct.
Fairfax Station, VA  22039-3154

RE: Douglas Eckley
DOS: 12/16/05

Dear Mr. Eckley:

This letter is in response to your request for reconsideration of the Kaiser Permanente
Insurance Company's (KPIC) processing of payment for services rendered to Douglas
Eckley at Mount Sinai Medical Center on December 16th, 2005.

KPIC has upheld the payment for this service.  The criteria and/or standards that this decision
was based on are:

Originally we requested medical records for the surgeries on December 16, 2005.  We
continued the processing of those claims after this information was received.  We noticed
that some of the claims had processed incorrectly after the deductible had been met.  We
then returned to those claims and reprocessed those services correctly taking the
coinsurance or patient share.  That information should be reflected in the new corrected
"Explanation of Benefit" for each claim.

Claims for multiple surgeries on the same day are processed using a "Multiple Surgery
Guideline."  Since Dr. Rose is an out of network provider, his services were based on the
usual and customary.  After careful review of your claims, we determined following
payment information:

On claim number 060580028801A, the primary procedure 64886 was allowed and paid at
100% of the usual and customary.  The secondary procedure, an additional 64886, was
allowed and paid at 50% of the usual and customary.  All other surgical procedures on
this claim and subsequent surgeries on the remaining claims, were allowed at 25% of the
usual and customary, and paid as such.

If we can be of further service, please let us know.

Upon your request, you are entitled to receive copies of all documents, records, and other information relevant to your claim for benefits used to make this determination.

You have the right to request a voluntary Level 2 Appeal through KPIC. To request a voluntary Level 2 Appeal through KPIC, send a letter outlining your reasons for requesting a voluntary Level 2 review within 180 days from the date of this notice. Attach all documentation you wish to have considered during the review, and mail it to:

> KPIC
> Grievance & Appeals Coordinator
> P.O. Box 261130
> Plano, TX  75026
> Phone: 1-800-392-8649

Should you choose to obtain the voluntary Level 2 Appeal the decision of the voluntary appeal will have no effect on your rights to any other benefits under the plan or to your right to representation. There is no charge to utilize the voluntary Level 2 Appeal.

In accordance with both Federal and Maryland law, we are required to inform you:

1. That if you believe that your claims have been wrongfully denied, rejected, or delayed, you may contact the Maryland Insurance Commissioner at the following address within 30 days of this notice:

   > Maryland Insurance Administration
   > Appeal and Grievance Unit
   > 525 St. Paul Place
   > Baltimore, MD 21202-2272
   > Phone: 410-468-2000
   > Toll Free Phone: 1-800-492-6166
   > Fax: 410-468-2270

2. The Health Advocacy Unit of the Office of the Attorney General can help a Covered Person, or his or her authorized representative, prepare a grievance or an appeal to file with KPIC. However, the Health Advocacy Unit is not available to represent or accompany the Covered Person during the proceeding of the internal grievance process. The Health Advocacy Unit may be contacted at:

   > Health Education and Advocacy Unit, Consumer Protection Division
   > Office of the Attorney General
   > 200 St. Paul Place
   > Baltimore, MD, 21202
   > (410) 528-1840
   > (877) 261-8807 (toll free out-of-area)
   > (410) 576-6571 Facsimile
   > www.oag.state.md.us (web site)

3. The Covered person, or health care provider acting on behalf of the Covered Person, may file a complaint with the Commissioner without first filing a grievance if sufficient information and supporting documentation is filed with the complaint that demonstrates a compelling reason to do so.

4. You may have the right to pursue civil action in federal court.

If you are not satisfied with our decision after you have exhausted the appeals process you may have additional remedies including other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency at the address listed above.

Sincerely,

Stephanie Jones
Supervisor, KPIC
800-392-8649
972-232-8808

11830 Wall Chapel Rd
Suite 3022
Dallas TX 75234

# Exhibit E



[Print] [Close]

| | |
|---|---|
| From: | "Jones, Stephanie" <Stephanie.Jones@ps.net> |
| To: | <Deckley@att.net> |
| Subject: | Mulitple Surgeries |
| Date: | Fri, 14 Apr 2006 23:21:50 +0000 |

'MDR ALLOWED $5800,$5800,$6857,$6857 ,$9000,$9000 ---I have applied 25% to this entire claim , please note that there are 3 claim numbers 060580028801,060580028802,060580028803 that are all part of the same dos surgery and multiple surgery guidelines would apply  on all three as a whole please see 060580028801 for the primary procedure which we allowed 100 % of mdr allowable and 2nd procedure on the same claim was reduced to 50% of mdr allowable  the remaining charges for that claim was reduced to 25% .  and under 060580028802 and 060580028803 were all reduced to 25% of mdr allowable.

# Exhibit F

**KAISER PERMANENTE INSURANCE COMPANY**
One Kaiser Plaza
Oakland, California 94612
A Stock Company
(Herein Called KPIC)

### GROUP HEALTH INSURANCE POLICY

**POLICYHOLDER:** HUNGARIAN REFORMED FED OF AMER (3TP

**ADDRESS:**      2001 MASS. AVE NW , WASHINGTON, DC 20036

**GROUP POLICY NUMBER:**          D037060003

**GROUP POLICY EFFECTIVE DATE:**    08/01/2004

**GROUP POLICY ANNIVERSARY:**      08/01 of each year

The Group Policy is delivered in the District of Columbia.

The Group Policy is issued in consideration of the statements made in the application of the Policyholder and payment of the premiums due by the Policyholder as provided in the Group Policy.

KPIC agrees to pay the benefits set forth in the Group Policy for each Covered Person in accordance with the provisions and conditions of the Group Policy.

The Group Policy is subject to all the conditions and provisions set forth on this and the subsequent pages, which are made a part of the Group Policy.

As of the Effective Date shown above, all the provisions of the Group Policy will replace those of any Group Policy of the same type the employer had in force with Kaiser Permanente Insurance Company (KPIC). For each Covered Person's insurance and for the purpose of any reserve calculations, the insurance will be deemed continuous. Upon receipt of the Group Policy, continuance of premium payments will constitute acceptance by the Policyholder.

**HMO COVERAGE:** Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., ("Health Plan") provides certain medical and hospital services ("In-Network Services") through a Group Medical and Hospital Service Agreement (Service Agreement) issued along with the Group Policy. The In-Network Services are described in the Service Agreement.

IN WITNESS WHEREOF, KAISER PERMANENTE INSURANCE COMPANY has executed the Group Policy at Oakland, California, on the  Effective Date shown above.

**President**

*Theodore E. Wiss*

**NONPARTICIPATING**

# Exhibit G



**KAISER PERMANENTE®**
Kaiser Foundation Health Plan of the Mid-Atlantic, States, Inc.
2101 East Jefferson Street, Rockville, Maryland 20853

# GROUP AGREEMENT
# FACE SHEET

**INTRODUCTION:** This Group Agreement consisting of the Group Agreement and Group Evidence of Coverage as supplemented by this Face Sheet, has been entered into between Kaiser Foundation Health Plan of the Mid-Atlantic, Inc., (hereinafter "Health Plan"), and the organization (hereinafter "Group.")

**GROUP:** HUNGARIAN REFORMED FED OF AMER.(MN)

**GROUP NO.:** 3706 2                **COVERAGE:** M /DJ /C /EC /BR /BU /EC /U

**AGREEMENT EFFECTIVE DATE:** 08/01/2005          **DEPENDENT LIMITING AGE (S):** 22 / 22

**OPEN ENROLLMENT PERIOD:** Applications made during the Open Enrollment Period from 07/01 to 07/31 provide coverage effective through 08/01/2005.

**RIDERS:** Prescription Drugs
Dental

**MONTHLY DUES:**
1.  Base Dues (For non-Medicare Subscribers and TEFRA "Working Aged" Subscribers with Medicare)

| | | | |
|---|---|---|---|
| INDIVIDUAL | $456.95 | ADULT + CHILDREN | $950.44 |
| FAMILY | $1,402.81 | | |
| TWO MEMBER-TWO ADULTS | $936.73 | | |
| TWO MEMBER-ADULT + CHILD | $662.56 | | |

**ADDITIONAL CHARGE: For** non-TEFRA eligible Members age 65 or older who are not entitled to benefits under Medicare, or entitled to benefits under Medicare but have not assigned such benefits to Health Plan. The following additional charge shall be added to the Base Dues per member.                    $228.69

Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.                    Group

*Thomas A. Curtin*

_____                                        _____
Thomas A. Curtin Jr.                                        Authorized Group Representative
Vice President, Marketing, Sales & Business Development

Please return a signed copy of this Face Sheet to the Health Plan and retain one copy for your records. Any payment made by Group of amounts owed to Health Plan in accord with the Group Agreement will be deemed to constitute Group's acceptance of this Agreement.

KFHP-HMO-FACE(1/02)

# Exhibit H

 **KAISER PERMANENTE**
Kaiser Foundation Health Plan
of the Mid-Atlantic States, Inc.
2101 East Jefferson Street,
Rockville, Maryland 20849

**2005 Benefits & Services Summary**

**Small Employer Groups
Flexible Choice POS
DCSG – $10 Plan (100/90/70 – $10/$10)**

The following is a limited description of the Flexible Choice coverage provided through Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. (KFHP-MAS) and Kaiser Permanente Insurance Company (KPIC). This is only a summary and does not fully describe your benefit coverage. For details on your HMO benefit coverage, please refer to your employer's Group Agreement Face Sheet, Group Evidence of Coverage (DCSG-SIG), Group Agreement, and applicable Riders. For details on your Participating Provider (PHCS) coverage and your Out-of-Network coverage, please refer to your Employer's Group Policy, Certificate of Insurance (GC-FP-DC) and Schedule of Coverage. The Evidence of Coverage and the Certificate of Insurance are the legal binding documents between KFHP-MAS and its members. In the event of ambiguity, or a conflict between this summary and the Evidence of Coverage and/or Certificate of Insurance, the Evidence of Coverage and/or Certificate of Insurance shall control.

Under your HMO coverage, with the exception of Emergency Services and Out-of-Area Urgent Care Services, all covered in-plan services must be provided by, or authorized and arranged by your Primary Care Physician. Gynecology, behavioral health, substance abuse, and optometry services may be obtained without a referral from your Primary Care Physician; however, they must be provided by a provider authorized under your HMO coverage.

**Legend:** Max. Allow. Chg. = Maximum Allowable Charge; Deduct. = Deductible; Copay = Copayment.

| Benefit | Members Pay | | |
|---|---|---|---|
| | **Option 1**<br>**KP HMO Providers** | **Option 2, PHCS**<br>**Participating Providers** | **Option 3**<br>**Out-of-Network Providers** |
| **ACCIDENTAL DENTAL INJURIES** | | | |
| (Deduct. applies to Options 2 & 3) | $10 Copay | 10% of Max. Allow. Chg. (Up to $500 Benefit Max.) | 30% of Max. Allow. Chg. (Up to $500 Benefit Max.) |
| **ALLERGY EVALUATION, TESTING AND TREATMENT** | | | |
| Allergy evaluation, testing and treatment (Deduct. applies to Option 3) | $10 Copay | $30 Copay | 30% of Max. Allow. Chg. |
| **CHEMICAL DEPENDENCY AND MENTAL HEALTH** | | | |
| Inpatient (Deduct. applies to Options 2 & 3) | No Charge | 10% of Max. Allow. Chg. | 30% of Max. Allow. Chg. |
| Outpatient (Deduct. applies to Options 2 & 3) | $10 Copay | Visits 1-40: 25% of Max. Allow. Chg. Visits 41+: 40% of Max. Allow. Chg. | Visits 1-40: 25% of Max. Allow. Chg. Visits 41+: 40% of Max. Allow. Chg. |
| **CHEMOTHERAPY AND RADIATION THERAPY** | | | |
| Outpatient (Deduct. applies to Option 3) | $10 Copay | $30 Copay | 30% of Max. Allow. Chg. |

| Benefit | Members Pay | | |
|---|---|---|---|
| | Option 1<br>KP HMO Providers | Option 2, PHCS<br>Participating Providers | Option 3<br>Out-of-Network Providers |
| **DURABLE MEDICAL EQUIPMENT** | | | |
| Durable medical equipment (Deduct. applies to Options 2 & 3) (Covered for up to 3 months following an Inpatient Stay) | 20 % of Max. Allow. Chg. | 30% of Max. Allow. Chg.<br>KPIC pays up to $3,000 per contract year in Option 2 & 3 combined | 40% of Max. Allow. Chg.<br>KPIC pays up to $3,000 per contract year in Option 2 & 3 combined |
| **EARLY INTERVENTION SERVICES** | | | |
| (Deduct. applies to Option 3) | $10 Copay<br>(Up to $5,000 Benefit Max. | $30 Copay<br>(Up to $5,000 Benefit Max. in Option 2 & 3 combined) | 30% of Max. Allow. Chg.<br>(Up to $5,000 Benefit Max. in Option 2 & 3 combined) |
| **EMERGENCY SERVICES** | | | |
| Emergency Room *(Waived if admitted) | $75 Copay* | Covered in HMO Option* | Covered in HMO Option* |
| Emergency Ambulance Services (per trip) | $100 Copay | Covered in HMO Option | Covered in HMO Option |
| **FAMILY PLANNING** | | | |
| Includes family planning counseling for tubal ligations, and vasectomies (Deduct. applies to Option 3) | $10 Copay | $30 Copay | 30% of Max. Allow. Chg. |
| **HOME HEALTH CARE** | | | |
| (Deduct. applies to Options 2 & 3) | No Charge | 10% of Max. Allow. Chg. | 30% of Max. Allow. Chg. |
| **HOSPICE CARE** | | | |
| (Deduct. applies to Options 2 & 3) | No Charge | 10% of Max. Allow. Chg. | 30% of Max. Allow. Chg. |
| **HOSPITAL SERVICES** *Including Surgery* | | | |
| (Deduct. applies to Options 2 & 3) | No Charge | 10% of Max. Allow. Chg. | 30% of Max. Allow. Chg. |
| **IMAGING, LAB TESTS, AND SPECIAL PROCEDURES** | | | |
| (Deduct. applies to Options 2 & 3) | No Charge | 10% of Max. Allow. Chg. | 30% of Max. Allow. Chg. |

| Benefit | Members Pay | | |
|---|---|---|---|
| | Option 1<br>KP HMO Providers | Option 2, PHCS<br>Participating Providers | Option 3<br>Out-of-Network Providers |
| **INFERTILITY SERVICES** | | | |
| Office visits<br>(Deduct. applies to<br>Options 2 & 3) | 50% of Max. Allow. Chg. | 50% of Max. Allow. Chg. | 50% of Max. Allow. Chg. |
| Outpatient surgery<br>(Deduct. applies to<br>Options 2 & 3) | 50% of Max. Allow. Chg. | 50% of Max. Allow. Chg. | 50% of Max. Allow. Chg. |
| Outpatient imaging,<br>lab tests, and special<br>procedures<br>(Deduct. applies to<br>Options 2 & 3) | 50% of Max. Allow. Chg. | 50% of Max. Allow. Chg. | 50% of Max. Allow. Chg. |
| Hospitalization<br>(Deduct. applies to<br>Options 2 & 3) | 50% of Max. Allow. Chg. | 50% of Max. Allow. Chg. | 50% of Max. Allow. Chg. |
| **MATERNITY SERVICES** | | | |
| Outpatient<br>(Deduct. only applies<br>to Option 3) | No Charge | $20 Copay | 30% of Max. Allow. Chg. |
| **OUTPATIENT SERVICES** | | | |
| Primary care visits<br>(Deduct. applies to<br>Option 3) | $10 Copay | $20 Copay | 30% of Max. Allow. Chg. |
| Specialty care visits<br>(Deduct. applies to<br>Option 3) | $10 Copay | $30 Copay | 30% of Max. Allow. Chg. |
| Same Day Outpatient<br>Surgery<br>(Deduct. applies to<br>Options 2 & 3) | $25 Copay | 10% of Max. Allow. Chg. | 30% of Max. Allow. Chg. |
| **PHYSICAL, OCCUPATIONAL, SPEECH THERAPY AND MULTIDISCIPLINARY REHABILITATION** | | | |
| Inpatient services<br>(Deduct. applies to<br>Options 2 & 3) (See<br>EOC and/or COI for<br>Benefit Limits) | No Charge | 10% of Max. Allow. Chg. | 30% of Max. Allow. Chg. |
| Outpatient services<br>(Deduct. applies to<br>Option 3) (See EOC<br>and/or COI for Benefit<br>Limits) | $10 Copay | $30 Copay | 30% of Max. Allow. Chg. |

| Benefit | Members Pay | | |
| --- | --- | --- | --- |
| | Option 1<br>KP HMO Providers | Option 2, PHCS<br>Participating Providers | Option 3<br>Out-of-Network Providers |
| **PROSTHETICS** | | | |
| (Deduct. applies to Options 2 & 3) | 20% of Max. Allow. Chg. | 30% of Max. Allow. Chg. | 40% of Max. Allow. Chg. |
| **SKILLED NURSING FACILITY** | | | |
| Care in a Skilled Nursing facility (Deduct. applies to Options 2 & 3) | No Charge<br>(60 day limit per contract year) | 10% of Max. Allow. Chg.<br>(40 day limit per contract year in Options 2 and 3 combined) | 30% of Max. Allow. Chg.<br>(40 day limit per contract year in Options 2 and 3 combined) |
| **URGENT CARE** | | | |
| Out-of-Area | $25 Copay | Covered under HMO Option | Covered under HMO Option |
| **VISION** | | | |
| Routine Vision Exams/Refractions in the Optometry Department (Deduct. applies to Option 3) | $10 Copay | $20 Copay | 30% of Max. Allow. Chg. |
| Ophthalmology Services (Deduct. applies to Option 3) | $10 Copay | $30 Copay | 30% of Max. Allow. Chg. |
| Regular eyeglass lenses (Deduct. applies to Option 3) | $150 allowance,<br>1 per 12 months | Not Available | 30% Discount, 1 per 24 months<br>(up to $150 allowance) |
| An eyeglass frame (Deduct. applies to Option 3) | $100 allowance,<br>1 per 12 months | Not Available | 30% Discount, 1 per 24 months<br>(up to $100 allowance) |
| Medically necessary contact lenses (Deduct. applies to Option 3) | 15% Discount,<br>no Max. for 1st pair | Not Available | 10% Discount, initial fitting,<br>up to $50 limit |
| **PRESCRIPTION DRUGS** | **HMO MEDICAL CENTER PHARMACIES** | **PARTICIPATING COMMUNITY PHARMACIES** | **NON-PARTICIPATING PHARMACIES** |
| Generic*:<br>Brand Preferred*:<br>Brand Non-Preferred*: | $10 Copay<br>$20 Copay<br>$35 Copay | $20 Copay<br>$35 Copay<br>$50 Copay | $20 Copay<br>$35 Copay<br>$50 Copay |

| Benefit | Members Pay | | |
|---|---|---|---|
| | Option 1<br>KP HMO Providers | Option 2, PHCS<br>Participating Providers | Option 3<br>Out-of-Network Providers |
| | Individual/Family | Individual/Family | Individual/Family |
| Annual Deduct.<br>(Individual/Family) | None | $200/$400 | $400/$800 |
| Max. Out-of-Pocket-<br>Expense<br>(Individual/Family) | $1,000/$2,000 | $2,000/$4,000 | $4,000/$8,000 |

## Exclusions and Limitations:

This Benefit and Service Summary does not fully describe the exclusions and limitations associated with your Flexible Choice coverage. For a full list of the general and benefit specific exclusions under your Flexible Choice coverage, please refer to your KFHP-MAS Evidence of Coverage (EOC) and/or KPIC Certificate of Insurance (COI). Your EOC and/or COI provides you with information on what services and supplies will not be covered, regardless of whether the service is medically necessary.

**NOTE: Some benefits may have limitations. Refer to the EOC for specific benefit information.**

# Exhibit I



*We take you through the maze!*

## SBIS

## Small Business Insurance Solutions

Monday, June 05, 2006

Kaiser Permanente Insurance Company
Stephanie Jones
P.O. Box 261155
Plano, TX.  75026

RE: Douglas Eckley ID # D00931294069

Dear Stephanie:

I am working with Mr. Eckley as I am the broker of his employers Kaiser Permanente program. In short we are trying to reconcile your EOB and letter dated May 22, 2006 and the attached list of charges from the surgeon, Dr. Elliott H. Rose.

It appears this EOB reflects prior payments to Dr. Rose that you are billing back? Anyway, I can account for the services with the check marks but not the other items. Given we have a significant number of services provided on the same date at the same amount it is difficult to discern duplicates on your EOB. The detailed invoice from the surgeon has all the codes so this should expedite reconciliation. Can you send us an EOB that addresses the surgeon's charges specifically?

Second, I have attached Mr. Eckley's benefit summary. I cannot explain to him why benefits are paid at 50 and 25 percent of UCR? Were these not preauthorized? Nothing in the benefit summary indicates out of plan coinsurance of less than 70/30. Can you explain this in further detail?

Lastly we aren't sure what amount if any has been paid to the surgeon. We think your EOB specific to his charges should clarify this. Thank you in advance for your attention to this matter.

Very truly,

Mark Carroll

Cc      Douglas Eckley
        9205 Bexleywood Ct.
        Fairfax Station, VA.  22039-3154

46179 Westlake Drive, Suite 340 • Potomac Falls, VA 20165
703-430-8970 • fax 703-430-2710 • www.sbisonline.com

X124

# Exhibit J

# HACKER & MURPHY, LLP

ATTORNEYS AT LAW

7 AIRPORT PARK BOULEVARD

P. O. BOX 104

·LATHAM, NEW YORK 12110-0104

TELEPHONE (518) 783-3843
FACSIMILE (518) 783-8101
WWW.HACKERMURPHY.COM

August 1, 2006

CERTIFIED MAIL/RETURN RECEIPT REQUESTED
AND REGULAR MAIL

Douglas Eckley
9205 Bexleywood Court
Fairfax Station, Virginia 22039

RE:  Collection Matter with Elliott H. Rose, M.D.
     Our File No.: 3295

Dear Mr. Eckley:

Please be advised that we have been retained by Elliott H.
Rose, M.D. regarding the outstanding indebtedness owed for
services provided pursuant to a written contract signed in New
York, New York. As of June 4, 2006, there is $66,767.00 plus
interest owed.

Please forward payment to my attention within forty-five
(45) business days from the date of this letter or a legal action
will be commenced to collect the same. Thank you.

Very truly yours,

HACKER & MURPHY, LLP.

By: John F. Harwick

JFH:smk
cc.: Elliott H. Rose, M.D.

**THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.**

<u>VALIDATION NOTICE</u>

Unless you, within thirty (30) days after receipt of this notice,
dispute the validity of the debt, or any portion thereof, the
debt will be assumed to be valid. If you notify the undersigned
in writing within the 30-day period that the debt, or any portion
thereof, is disputed, we will obtain verification of the debt and
a copy of such verification will be mailed to you by us and, upon
your written request within the 30-day period, we will provide
you with the name and address of the original creditor, if
different from the current creditor.

# Exhibit K

# Government of the District of Columbia
## Department of Insurance, Securities & Banking

**Anthony A. Williams**
Mayor



**Thomas Hampton**
**Acting Commissioner**

**Professional Consumer &**
**Services Division**

September 11, 2006

Douglas A. Eckley
2001 Massachusetts Ave., N.W.
Washington, D.C. 20036

RE:    Kaiser
DCID: 2042749

Dear Mr. Eckley:

This is to acknowledge receipt of your complaint filed with this Department. Your complaint has been assigned to Ms. Rita Amachree, Insurance Operations Specialist for investigation. Ms. Amachree will be communicating with you as soon as the facts of your case have been reviewed.

Please be advised that it may take approximately 45 business days from the receipt date of your letter to request and review all information including a final decision. Please be advised that in some cases, insurance companies request additional time for research. Such requests are subject to review and approval of this Department. Should you have additional information that maybe useful to the investigation of your complaint, please contact Ms. Amachree at (202) 442-7804.

Sincerely,

Carolyn A. King
Sr. Insurance Operations Specialist

The DC Department of Insurance, Securities & Banking  (DISB) has two missions, (1) to provide fair, efficient and fast regulatory supervision of the insurance and securities businesses for the protection of the people of the District of Columbia, and (2) to create conditions that will retain and attract national and international insurance and other financial businesses to the District.

Kojo fax
301  816 6192



**KAISER PERMANENTE.**
Insurance Company

May 22, 2006

Mr. Douglas Eckley
9205 Bexleywood Ct.
Fairfax Station, VA  22039-3154

RE:  Douglas Eckley
DOS:  12/16/05

Dear Mr. Eckley:

This letter is in response to your request for reconsideration of the Kaiser Permanente Insurance Company's (KPIC) processing of payment for services rendered to Douglas Eckley at Mount Sinai Medical Center on December 16th, 2005.

KPIC has upheld the payment for this service.  The criteria and/or standards that this decision was based on are:

Originally we requested medical records for the surgeries on December 16, 2005.  We continued the processing of those claims after this information was received.  We noticed that some of the claims had processed incorrectly after the deductible had been met.  We then returned to those claims and reprocessed those services correctly taking the coinsurance or patient share.  That information should be reflected in the new corrected "Explanation of Benefit" for each claim.

Claims for multiple surgeries on the same day are processed using a "Multiple Surgery Guideline."  Since Dr. Rose is an out of network provider, his services were based on the usual and customary.  After careful review of your claims, we determined following payment information:

On claim number 060580028801A, the primary procedure 64886 was allowed and paid at 100% of the usual and customary.  The secondary procedure, an additional 64886, was allowed and paid at 50% of the usual and customary.  All other surgical procedures on this claim and subsequent surgeries on the remaining claims, were allowed at 25% of the usual and customary, and paid as such.

If we can be of further service, please let us know.

Upon your request, you are entitled to receive copies of all documents, records, and other information relevant to your claim for benefits used to make this determination.

You have the right to request a voluntary Level 2 Appeal through KPIC. To request a voluntary Level 2 Appeal through KPIC, send a letter outlining your reasons for requesting a voluntary Level 2 review within 180 days from the date of this notice. Attach all documentation you wish to have considered during the review, and mail it to:

> KPIC
> Grievance & Appeals Coordinator
> P.O. Box 261130
> Plano, TX  75026
> Phone: 1-800-392-8649

Should you choose to obtain the voluntary Level 2 Appeal the decision of the voluntary appeal will have no effect on your rights to any other benefits under the plan or to your right to representation. There is no charge to utilize the voluntary Level 2 Appeal.

In accordance with both Federal and Maryland law, we are required to inform you:
1. That if you believe that your claims have been wrongfully denied, rejected, or delayed, you may contact the Maryland Insurance Commissioner at the following address within 30 days of this notice:

> Maryland Insurance Administration
> Appeal and Grievance Unit
> 525 St. Paul Place
> Baltimore, MD 21202-2272
> Phone: 410-468-2000
> Toll Free Phone: 1-800-492-6166
> Fax: 410-468-2270

2. The Health Advocacy Unit of the Office of the Attorney General can help a Covered Person, or his or her authorized representative, prepare a grievance or an appeal to file with KPIC. However, the Health Advocacy Unit is not available to represent or accompany the Covered Person during the proceeding of the internal grievance process. The Health Advocacy Unit may be contacted at:

> Health Education and Advocacy Unit, Consumer Protection Division
> Office of the Attorney General
> 200 St. Paul Place
> Baltimore, MD, 21202
> (410) 528-1840
> (877) 261-8807 (toll free out-of-area)
> (410) 576-6571 Facsimile
> www.oag.state.md.us (web site)

3. The Covered person, or health care provider acting on behalf of the Covered Person, may file a complaint with the Commissioner without first filing a grievance if sufficient information and supporting documentation is filed with the complaint that demonstrates a compelling reason to do so.

4.  You may have the right to pursue civil action in federal court.

If you are not satisfied with our decision after you have exhausted the appeals process you may have additional remedies including other voluntary alternative dispute resolution options, such as mediation.  One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency at the address listed above.

Sincerely,

Stephanie Jones
Supervisor, KPIC
800-392-8649
972-232-8808

11830 Wall Chapel Rd
Suite 3000
Dallas TX 75234

# Exhibit L

| Kaiser claim # | billed | Kaiser R&C | deductible | coins% | coins $ | OOP maximum | Kaiser share | actual pd | amt owed |
|---|---|---|---|---|---|---|---|---|---|
| 8801 | 8,000.00 | 8,000.00 | | 0.30 | 2,400.00 | | 8,000.00 | | |
| 8801 | 8,000.00 | 8,000.00 | | 0.30 | 2,400.00 | | 8,000.00 | | |
| 8801 | 8,000.00 | 1,603.00 | | 0.30 | 480.90 | | 1,603.00 | | |
| 8801 | 8,000.00 | 2,940.00 | | 0.30 | 882.00 | | 2,940.00 | | |
| 8801 | 4,500.00 | 4,400.00 | | 0.30 | 1,320.00 | | 4,400.00 | | |
| 8801 | 9,750.00 | 5,500.00 | | 0.30 | 1,650.00 | | 5,500.00 | | |
| 8802 | 9,750.00 | 7,143.00 | 200.00 | 0.30 | 2,082.90 | | 5,143.00 | | |
| 8802 | 1,625.00 | 1,340.00 | | 0.30 | 402.00 | | 1,340.00 | | |
| 8802 | 1,625.00 | 1,340.00 | | 0.30 | 402.00 | 1,800.00 | 1,340.00 | | |
| 8802 | 1,950.00 | 850.00 | | 0.30 | 255.00 | | 850.00 | | |
| 8802 | 1,625.00 | 0.00 | | 0.30 | 0.00 | | 0.00 | | |
| 8802 | 4,200.00 | 4,200.00 | | 0.30 | 1,260.00 | | 4,200.00 | | |
| 8803 | 16,000.00 | 5,800.00 | | 0.30 | 1,740.00 | | 5,800.00 | | |
| 8803 | 8,000.00 | 5,800.00 | | 0.30 | 1,740.00 | | 5,800.00 | | |
| 8803 | 8,600.00 | 6,857.00 | | 0.30 | 2,057.10 | | 6,857.00 | | |
| 8803 | 8,600.00 | 6,857.00 | | 0.30 | 2,057.10 | | 6,857.00 | | |
| 8803 | 8,000.00 | 8,000.00 | | 0.30 | 2,400.00 | | 8,000.00 | | |
| 8803 | 8,000.00 | 8,000.00 | | 0.30 | 2,400.00 | | 8,000.00 | | |
| Total | 124,225.00 | 86,630.00 | 200.00 | | 25,929.00 | 1,800.00 | 84,630.00 | 27,457.51 | 57,172.50 |

Notes

"billed" is the original billing from Dr Rose (see Exhibit B)

"Kaiser R&C" is the reasonable & customary charge as determined by Kaiser (see Exhibit B)

"deductible" is the $200 deductible under the Kaiser coverage

"coins %" is the 30% out-of-network deductible under the Kaiser coverage

"coins $" is the original billing, less deductible if any, times the consurance %

"OOP maximum" reflects the out-of-pocket maximum provision (deductible + coinsurance), of $2,000, under the Kaiser coverage

"Kaiser share" is the R&C charge, less deductible, less coinsurance as adjusted to reflect the out-of-pocket maximum

"actual pd" is the amount actually remitted by Kaiser to Dr Rose

"amt owed" is the "Kaiser share" of $84,630.00 less the "actual pd" of $27,457.51