IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS A. ECKLEY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 1:07-cv-00169-RWR |
| : | |
| **KAISER PERMANENTE** : | |
| **INSURANCE CO.,** : | |
| : | |
| **Defendant.** : | |

### DEFENDANT KAISER PERMANENTE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S "REVISED COMPLAINT"

The Defendant, Kaiser Permanente Insurance Company, by and through its counsel, Larry A. Ceppos, Esquire, and the law firm of Armstrong, Donohue, Ceppos & Vaughan, Chartered, and answers plaintiff's "Revised Complaint" filed in the above-captioned matter, as follows:

### FIRST DEFENSE

Plaintiff's Revised Complaint fails to state a cause of action upon which relief may be granted.

### SECOND DEFENSE

Plaintiff's claims are barred by waiver.

### THIRD DEFENSE

Plaintiff's claims are barred by estoppel.

### FOURTH DEFENSE

Plaintiff's claims are barred by accord and satisfaction.

### FIFTH DEFENSE

Any remaining state law claims are preempted and displaced by the civil enforcement provisions of

Employee Retirement Income Security Act of 1974, codified at 29 U.S.C. sections 1001 through 1461.

### SIXTH DEFENSE

Plaintiff's claims are barred by his failure to exhaust any and all administrative remedies.

### SEVENTH DEFENSE

As to each and every allegation contained within the specifically numbered paragraphs in plaintiff's "Revised Complaint," this defendant answers, respectively, as follows:

1. Admitted.

2. Defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's "Revised Complaint."

3. Defendant admits that plaintiff was covered under a group health insurance policy, which included a tier of coverage underwritten by defendant.

4. Denied.

5. Defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's "Revised Complaint."

6. Defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's "Revised Complaint."

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's "Revised Complaint."

14. Defendant is without sufficient information to either admit or deny the allegations in this paragraph of plaintiff's "Revised Complaint."

15. Denied.

WHEREFORE, Defendant seeks judgment in its favor, with costs to be assessed against Plaintiff.

Respectfully submitted,

**ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED**

/s/
Larry A. Ceppos, Esquire (Bar No. 361439)
204 Monroe Street, Suite 101
Rockville, Maryland  20850
(301) 251-0440
Counsel for Defendant Kaiser Permanente Insurance Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 30, 2007, a copy of the foregoing Answer to Plaintiff's "Revised Complaint" was mailed, first-class mail, postage prepaid, to:

Douglas Eckley (*pro se*)
c/o Hungarian Reformed Federation of America
2001 Massachusetts Avenue, N.W.
Washington, D.C. 20036

Larry A. Ceppos