006700

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DOUGLAS A. ECKLEY,                    :
                                      :
              Plaintiff,       :
                                      :
          v.                :        Civil Action No. 1:07-cv-00169-RWR
                                      :
KAISER PERMANENTE                     :
  INSURANCE CO.,                      :
            Defendant.       :

## MOTION FOR REFERRAL TO UNITED STATES MAGISTRATE JUDGE FOR ALL FURTHER PROCEEDINGS

**COMES NOW** the defendant, Kaiser Permanente Insurance Company ("KPIC"), by and through counsel, Larry A. Ceppos, Esquire, and the law firm of Armstrong, Donohue, Ceppos & Vaughan, Chartered, and moves this Court to enter an Order referring the above-captioned case to a United States Magistrate Judge for all further proceedings. In support of this Motion, defendant respectfully states, as follows:

1.     This is an action to recover medical benefits under a group health benefit plan brought by plaintiff, Douglas Eckley, against defendant, KPIC.

2.     Plaintiff is a third-party beneficiary of an ERISA[1] qualified group health benefits plan maintained by his employer, Hungarian Reformed Federation of America, and written by defendant, KPIC.

3.     Plaintiff seeks a judgment in the amount of $57,172.50 for money that he claims defendant is owing to him in relation to a surgical procedure performed by Elliott Rose, M.D., at Mount Sinai Hospital in New York, New York, on December 16, 2005.

4.     Plaintiff is proceeding in this action *pro se.*

---

[1] *See* Employee Retirement Income Security Act of 1974, codified at 29 U.S.C. Sections 1001 through 1461.

5.    It is defendant's belief that the instant matter is appropriate for some form of mediation/alternative dispute resolution.  Accordingly, defendant respectively requests that this Court refer this case to a United States Magistrate Judge for all further proceedings.

6.    Plaintiff has not consented to this referral.

WHEREFORE, for the above-stated reasons, defendant, respectfully requests that this Court enter an Order referring the above-captioned case to a United States Magistrate Judge for all further proceedings.

Respectfully submitted,

**ARMSTRONG, DONOHUE, CEPPOS
& VAUGHAN, CHARTERED**

_____/s/_____
Larry A. Ceppos, Esquire (Bar No. 361439)
204 Monroe Street, Suite 101
Rockville, Maryland  20850
(301) 251-0440
Counsel for Defendant Kaiser Permanente
Insurance Company

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September _7th_ 2007, a copy of the foregoing Motion for Referral to United States Magistrate Judge for All Further Proceedings was mailed, first-class mail, postage prepaid, to:

Douglas Eckley (*pro se*)
c/o Hungarian Reformed Federation of America
2001 Massachusetts Avenue, N.W.
Washington, D.C. 20036

_____/S/_____
Larry A. Ceppos

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DOUGLAS A. ECKLEY,    :
           :
    **Plaintiff,**    :
           :
    **v.**      :   Civil Action No. 1:07-cv-00169-RWR
           :
KAISER PERMANENTE   :
 INSURANCE CO.,    :
    **Defendant.**  :

### ORDER

UPON CONSIDERATION of defendant Kaiser Permanente Insurance Company's

Motion for Referral to United States Magistrate Judge for All Further Proceedings, and any

Opposition thereto, it is this _____ day of _____, 2007,

   **ORDERED**, that the defendant's Motion be, and the same hereby is, **GRANTED**, and it

is further,

   **ORDERED**, that this case be referred to a United States Magistrate Judge.

           _____
           Judge, Superior Court for the District of
           Columbia

Copies to:

Larry A. Ceppos, Esquire
204 Monroe Street
Suite 101
Rockville, Maryland 20850

Douglas Eckley (*pro se*)
c/o Hungarian Reformed Federation of America
2001 Massachusetts Avenue, N.W.
Washington, D.C. 20036