IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS A. ECKLEY, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 1:07-cv-00169-RWR |
| KAISER PERMANENTE INSURANCE COMPANY, | : |
| Defendant. | : |

## SUBSTITUTION OF COUNSEL

To the Clerk of this Court and all parties:

Please enter the appearance of Erica C. Mudd, Esquire, and withdraw the appearance of Penny C. Kahn, Esquire, on behalf of defendant, Kaiser Permanente Insurance Company. Larry A. Ceppos, Esquire, will remain as counsel for defendant, Kaiser Permanente Insurance Company.

Respectfully submitted,

ARMSTRONG, DONOHUE, CEPPOS
  & VAUGHAN, CHTD.

_____/S/_____
Larry A. Ceppos (Bar No. 361439)

_____/S/_____
Erica C. Mudd (Bar No. 500785)

_____/S/_____
Penny C. Kahn (Bar No. 411769)
204 Monroe Street, Suite 101
Rockville, MD 20850
301/251-0440
Attorneys for defendant, Kaiser Permanente Insurance Company

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing was forwarded to the *pro se* plaintiff, on this 12th day of September, 2007.

Douglas A. Eckley, *pro se*
c/o Hungarian Reformed
  Federation of America
2001 Massachusetts Avenue, N.W.
Washington, D.C.  20036

                                                  /S/
                                          Larry A. Ceppos