RECEIVED
SEP 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Plaintiff, Douglas A Eckley | ) ) ) ) | Civil Action No. 1:07-cv-00169-RWR |
| v. | ) ) ) ) ) | Plaintiff's Motion for Trial by Jury |
| Defendant, Kaiser Permanente Insurance Company | ) | |

**COMES NOW** the Plaintiff, Douglas A. Eckley, and submits this motion for trial by jury.

- 1 -

AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Plaintiff, Douglas A Eckley | Civil Action No. 1:07-cv-00169-RWR |
| v. | Plaintiff's Motion for Trial by Jury |
| Defendant, Kaiser Permanente Insurance Company | |

I, Douglas A. Eckley, Plaintiff, have submitted a motion for trial by jury. On 13 September, 2007 I served Larry A. Ceppos, attorney for Defendant, with my motion. I did this by mailing a true copy of the attached papers in a properly sealed and postpaid envelope. I mailed the copy by depositing it in an official depository of the United States Postal Service. I used the address:

Larry A Ceppos
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe St, Suite 101
Rockville, MD   20850

_____
Douglas A. Eckley

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 13th day of Sept., 2007

_____
Notary Public, D.C.
My commission expires _____

- 1 -

## I. BACKGROUND

This is an action to recover medical benefits under a group health benefits plan brought by Plaintiff, Douglas A. Eckley, against Defendant, Kaiser Permanente Insurance Company. Plaintiff's complaint was originally filed with the Superior Court of the District of Columbia. The proceeding was removed to United States District Court for the District of Columbia at Defendant's request. Defendant subsequently asked for summary judgment but was denied.

## II. MOTION

Plaintiff understands his right to a trial by jury and wishes to retain that right. Therefore, Plaintiff hereby moves for trial by jury.

By: *(signature)*
Douglas Eckley

August 30, 2007

7072 Skyles Way, apt T3
Springfield, VA  22151