UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
**DOUGLAS A. ECKLEY**,         )
                              )
    **Plaintiff**,              )
                              )
    v.                        )   Civil Action No. 07-169 (RWR)
                              )
**KAISER PERMANENTE**          )
**INSURANCE COMPANY**,         )
                              )
    **Defendant**.             )
_____)

### ORDER

Defendant Kaiser Permanente Insurance Company filed a motion [14] to refer all further proceedings to a United States Magistrate Judge on September 7, 2007. In light of the defendant's representation that the plaintiff has not consented to the motion, under Local Civil Rule 73.1, it is hereby

ORDERED that the defendant's motion [14] to refer all further proceedings to a United States Magistrate Judge be, and hereby is, DENIED.

Should the plaintiff decide, however, to consent to such a referral, this order is without prejudice to the parties later requesting a referral.

SIGNED this 19th day of September, 2007.


                                                         _____/s/_____
                                                         RICHARD W. ROBERTS
                                                        United States District Judge