IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | Civil Action No. 1:07-cv-00169-RWR |
| | ) | |
| Plaintiff, Douglas A Eckley | ) | |
| | ) | |
| v. | ) | Plaintiff's Reply to Defendant's |
| | ) | Opposition to a Jury Trial |
| | ) | |
| | ) | |
| Defendant, Kaiser Permanente | ) | |
| Insurance Company | | |

COMES NOW the Plaintiff, Douglas A. Eckley, and submits a reply to Defendant's

opposition to a jury trial.



RECEIVED

SEP 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## I.    Background

This is an action to recover medical benefits under a group health benefits plan brought by Plaintiff, Douglas A. Eckley, against Defendant, Kaiser Permanente Insurance Company. Plaintiff's complaint was originally filed with the Superior Court of the District of Columbia, but the proceeding was removed to United States District Court for the District of Columbia ("this court") at Defendant's request. Defendant then filed a motion to dismiss.

In response, this court ordered that: "… Defendant's motion to dismiss be, and hereby is, denied as moot." This order was signed by Judge Richard W. Roberts on August 27, 2007.

On August 30, 2007, Plaintiff moved for trial by jury. On September 19, 2007, Defendant opposed Plaintiff's motion.

## II.     Defendant's Arguments

In its opposition to the motion for trial by jury, Defendant presents much verbiage but only two arguments on point. The first argument is that Plaintiff, by failing to demand a trial by jury within ten days of the last pleading, waived his right to such a trial (see Federal Rule of Civil Procedure 38(b)). The second argument is that, were this court to grant a jury trial, Defendant would be prejudiced "because it has been formulating a defense for the last 8.5 months upon the belief that this case would be tried before the court." (See Defendant's Opposition, paragraph 21.)

### III.    Plaintiff's Reply

Plaintiff submits that his motion for trial by jury was timely in that the motion was made only three days after this court denied Defendant's motion to dismiss.

Defendant's statement that it has been formulating a defense for the last 8.5 months is incredulous. In fact, Defendant's motion to dismiss was pending before this court until August 27, 2007. Defendant is a household name insurer, and has hired a renowned legal counsel to argue its case before this court. Surely, neither Defendant nor Defendant's counsel were foolish enough to labor for 8.5 months building a defense to a case that might never be tried. If Defendant had been building such a defense, a reasonable man would conclude that Defendant believed that is own motion to dismiss had no chance of being granted and was, therefore, frivolous.

Plaintiff submits that Defendant would not be prejudiced in the least were this court to grant a trial by jury.

WHEREFORE, Plaintiff, Douglas A. Eckley, respectfully requests that this Honorable Court grant his motion for trial by jury.

By:_____

Douglas Eckley

September 27, 2007

7072 Skyles Way, T3
Springfield, VA   22151

- 4 -

AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Plaintiff, Douglas A Eckley | ) ) ) | Civil Action No. 1:07-cv-00169-RWR |
| v. | ) ) ) | Plaintiff's Reply to Defendant's Opposition to Trial by Jury |
| Defendant, Kaiser Permanente | ) ) | |
| Insurance Company | | |

I, Douglas A. Eckley, Plaintiff, have submitted a reply to the opposition of Defendant to my

motion for trial by jury. On 27 September, 2007 I served Larry A. Ceppos, attorney for

Defendant, with my reply. I did this by mailing a true copy of the attached papers in a properly

sealed and postpaid envelope. I mailed the copy by depositing it in an official depository of the

United States Postal Service. I used the address:

> Larry A Ceppos
> Armstrong, Donohue, Ceppos & Vaughan
> 204 Monroe St, Suite 101
> Rockville, MD    20850

Douglas A. Eckley

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this _27th_ day of _September, 2007_

Notary Public, D.C. Theona Prince
My commission expires _____ Notary Public, District of Columbia
My Commission Expires 2-28-2010

- 1 -