UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Eckley_____ )
      Plaintiff(s) )
       )
       )
  v. )     Civil Action No. _07-169_
       )
_Kaiser Permanente_____ )
      Defendant(s) )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_[signature]_____     _12 Oct 07_____
Attorney for the Plaintiff(s)     Date

_[signature]_____     _10/12/07_____
Attorney for the Defendant(s)     Date
Erica Mudd, Esquire

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_[signature]_____     _10/12/07_____
United States District Judge     Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95