IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS A. ECKLEY, | : |
| Plaintiff, | : |
| v. | : Case No. 07-0169-DAR |
| KAISER PERMANENTE INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |
| | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel, if any, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that all claims, actions, and causes of action against defendant, Kaiser Permanente Insurance Company, be, and the same are hereby are: DISMISSED WITH PREJUDICE this 17th day of December, 2007.

Respectfully submitted,

_____
Douglas Eckley, *Pro Se*
c/o HRFA
2001 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Plaintiff

ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED

_____
Larry A. Ceppos, Esquire # 361439
Erica Mudd, Esquire #500785
204 Monroe Street, Suite 101
Rockville, M.D. 20850
(301) 251-0440
Counsel for Defendant, Kaiser Permanente Insurance Company